THE PEOPLE OF THE STATE OF NEW YORK ex rel. 870 SEVENTH AVENUE CORPORATION, Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [870 Seventh Ave., Borough of Manhattan.] THE PEOPLE OF THE STATE OF

NEW YORK ex rel. 870 SEVENTH AVENUE CORPORATION, Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [870 Seventh Ave., Borough of Manhattan.] — Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.